IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CABLE & WIRELESS USA, INC., et al., | ) | Case No. 03-13711 (RB) |
| | ) | |
| Debtor. | ) | Substantively Consolidated |
| | ) | |
| | ) | |

## NOTICE OF APPEAL

The Virginia Employment Commission ("VEC"), Movant, by and through its undersigned counsel, appeals under 28 U.S.C. § 158(a) from the final judgment of the Bankruptcy Court entered in the above captioned bankruptcy case on January 6, 2006 (Docket No. 2887), denying the VEC's Motion For Leave To File Late Proof of Claim.

The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

*Counsel for the Virginia Employment Commission*
Steven K. Kortanek, Esquire
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801-3062

*Co-Counsel for the Virginia Employment Commission*
William A. Gray, Esquire – VSB No. 46911
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998

DEL1 63296-2

*Counsel for AlixPartners, LLC, Trustee of the Omega Liquidating Trust*
WINSTON & STRAWN LLP
Eric E. Sageman, Esquire
Rolf S. Woolner, Esquire
Justin E. Rawlins, Esquire
333South Grand Avenue, 38th Floor
Los Angeles, California 90071

WINSTON & STRAWN LLP
Keith A. McDaniels, Esquire
Todd J. Dressell, Esquire
101 California Street
San Francisco, California 94111

YOUNG, CONAWAY, STRARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Margaret B. Whiteman (No. 4652)
The Brandywine Building,
1000 West Street – 17th Floor
P.O. Box 391
Wilmington, Delaware 19899

Dated: January 17, 2006

Respectfully submitted,

*[signature]*

Steven K. Kortanek (Del. Bar No. 3106)
KLEHR, HARRISON, HARVEY,
 BRANZBURG & ELLERS LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801-3062
(302) 426-1189
*Counsel for the Virginia Employment Commission*

William A. Gray, Esquire – VSB No. 46911
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)
*Co-Counsel for the Virginia Employment Commission*

DEL1 63296-2

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 11 |
| CABLE & WIRELESS USA, INC., *et al.*, | Case No.: 03-13711 |
| Debtors. | JUDGE RANDOLPH BAXTER |

### JUDGMENT

In Delaware, in said District, on this 1+h day of January, 2006.

A Memorandum Of Opinion And Order having been rendered by this Court in this matter.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Movant's motion for leave to file late proof of claim is not well-premised and is hereby DENIED and the opposition of the Trustee is hereby SUSTAINED. Each party is to bear its respective costs.

IT IS SO ORDERED.

RANDOLPH BAXTER
JUDGE
UNITED STATES BANKRUPTCY COURT

# TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Bankruptcy Case Number-03-13711 (RB)
Deputy Clerk Transferring Case- Judy Fisher (302) 252-2900 Ext 5111
Case Type: Appeal: AP-06-05

**Order, Date Entered and Issues**
    The Virginia Employment Commission ("VEC"), Movant by and through its counsel, appeals under 28 U.S.C. Section 158(a) from the Final Judgment of the Bankruptcy Court entered in the above captioned bankruptcy case on 1/6/06 (Docket No. 2887), denying the VEC's Motion For Leave To File Late Proof of Claim.

| | |
|---|---|
| **Debtor:** | **Cable & Wireless USA  Inc., et al** |
| **Counsel:** | **Laura Davis Jones, Esq.** |
| | **Pachulski, Stan, Ziehl, Young, & Jones** |
| | 919 N. Market Street |
| | 16th Floor |
| | Wilmington, DE 19899-8705 |
| | (302) 652-4100 |
| | Fax: (320) 652-4400 |
| | Email: ljones@pszyj.com |
| **Appellant:** | **Virginia Employment Commission** |
| **Counsel:** | **Steven K. Kortanek, Esq.** |
| | **Klehr, Harrision, Harvey Branzburg & Ellers LLP.** |
| | 919 N. Market Street, |
| | Suite 1000 |
| | Wilmington, DE 19801-3062 |
| | (302) 426-1189 |

        And

**Page 2**

        **William A. Gray, Esq. - VSB No. 46911**
        **Sands, Anderson, Marks & Miller, P.C.**
        802 East Main Street, Suite 1800
        P.O. Box 1998
        Richmond, VA 23218-1998
        (804) 648-1638
        Fax: (804) 783-7291

**Appellee:**     **Counsel for Official Committee of Unsecured Creditors**

**Counsel:**     **Robert S. Brady, Esq.**
        **Edmon L. Morton, Esq.**
        **Margaret B. Whiteman, Esq.**
        Young, Conaway, Stargatt & Taylor, LLC
        The Brandywine Building
        1000 West Street - 17th Floor
        Wilmington, DE 19899
        (302) 571-6600
        Fax (302) 571-1253

        And

        **Eric E. Sageman, Esq.**
        **Rolf S. Woolner, Esq.**
        **Justin E. Rawlins, Esq.**
        Winston & Strawn, LLP
        333 South Grand Avenue, 38th Floor
        Los Angeles, CA 90071
        (213) 615-1700
        Fax: (213) 615-1750

        **Keith A. McDaniels, Esq.**
        **Todd J. Dressell, Esq.**
        Winston & Strawn, LLP
        101 California Street
        San Francisco, CA 94111
        (415) 491-1000
        Fax (415) 591-1400