IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CABLE & WIRELESS USA, INC., *et al.*, | ) | Case No. 03-13711 (RB) |
| | ) | (Substantially Consolidated) |
| Debtors. | ) | |
| | ) | |

**APPELLANT'S DESIGNATION
OF THE RECORD ON APPEAL**

**COMES NOW** Appellant, the Virginia Employment Commission ("VEC"), by counsel, pursuant to Federal Rule of Bankruptcy Procedure 8006, having filed on January 17, 2006, its Notice of Appeal from the final judgment of the Bankruptcy Court entered in the above-captioned bankruptcy case on January 6, 2006 (Docket No. 2887), and hereby designates the following items in the Bankruptcy Court's records that the Appellant believes will reasonably be necessary or pertinent to the District Court's consideration on appeal:

1. Motion for Leave to File Late Proof of Claim, filed by the VEC on August 8, 2005, and found at Docket Entry No. 2441;

2. Opposition of the Trustee to Motion of the Virginia Employment Commission for Leave to File Late Proof of Claim, filed by the Omega Liquidating Trust on September 13, 2005, and found at Docket Entry No. 2485;

3. Judgment entered January 6, 2006, denying motion for leave to file late claim, and found at Docket Entry No. 2887.

4. Memorandum of Opinion and Order, dated January 6, 2006, and found at Docket Entry No. 2886.

5. Hearing transcript for hearing date of September 26, 2005.

{W0217514.2 004502-063035 }

Respectfully submitted,

*[signature: Steven K. Kortneck]*

Steven K. Kortneck, Esquire
KLEHR, HARRISON, HARVEY,
 BRANZBURG & RLLERS, LLP
919 Market Street, Suite 1000
Wilmington, Delaware 29801-3062
(302) 552-5515
*Counsel for the Virginia Employment Commission*

-and-

William A. Gray, Esquire – VSB No. 46911
SANDS, ANDERSON, MARKS &  MILLER, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)
*Co-Counsel for the Virginia Employment Commission*