# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CABLE & WIRELESS USA, INC., *et al.*, | ) | Case No. 03-13711 (RB) |
| | ) | (Substantially Consolidated) |
| Debtors. | ) | |
| | ) | |

## APPELLANT'S STATEMENT OF ISSUES
## TO BE PRESENTED ON APPEAL

**COMES NOW** Appellant, the Virginia Employment Commission ("VEC"), by counsel, pursuant to Federal Rule of Bankruptcy Procedure 8006, having filed on January 17, 2006 its Notice of Appeal from the final judgment of the Bankruptcy Court entered in the above-captioned bankruptcy case on January 6, 2006 (Docket No. 2887), in which the Court denied VEC's Motion for Leave to File Late Claim (the "Motion"), and sets forth the following statement of issues to be presented on appeal:

1. Whether the Bankruptcy Court erred in basing its conclusion regarding prejudice to the debtor in part upon the mere existence of a disputed claims reserve, when there was no evidence that was probative of the effect, if any, of the asserted reserve.

2. Whether the Bankruptcy Court erred in basing its conclusion regarding prejudice to the debtor in part upon a conclusion that any information the debtor would need to analyze liability to VEC was "unavailable", where the evidence proffered by the Liquidating Trustee was insufficient to show unavailability of the relevant information.

3. Whether the Bankruptcy Court erred in concluding that the reason for the delay on the part of VEC weighed against a finding of excusable neglect, where no evidence was introduced to support such a finding.

{W0217528.2 004502-063035 }
DEL1 63371-2

4.  Whether the Bankruptcy Court erred in concluding that the reason for the delay on the part of VEC weighted against VEC, where there was insufficient evidence to support a finding that the VEC should have been aware of Digital Island, Inc.'s bar date despite the large number of employers in Virginia reporting to the VEC and the filing of thousands of quarterly reports.

Respectfully submitted,

*/s/ Steven K Kortanek*

Steven K. Kortanek (Del. Bar No. 3106)
KLEHR, HARRISON, HARVEY,
   BRANZBURG & ELLERS, LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801
(302) 426-1189

*Co-counsel for the Virginia Employment Commission*

William A. Gray, Esquire – VSB No. 46911
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)
*Co-Counsel for the Virginia Employment Commission*