## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Cable & Wireless USA Inc., *et al.*,<br>   Debtor. | : <br> : <br> : | Chapter 11<br>Case No. 03-13711 (RB) |
| Virginia Employment Commission,<br><br>   Plaintiff,<br><br>v.<br><br>Omega Liquidating Trust<br><br>   Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adv. Proc. No.: 06-00125 |

### MEDIATION STATUS REPORT

The undersigned mediator, David B. Stratton, reports on the progress of the mediation as follows:

1. A mediation session was held in this matter on July 26, 2006 in an attempt to settle this matter, and a subsequent mediation was conducted by telephone.

2. The parties were unable to reach a settlement through the mediation process.

Dated: November 7, 2006

MEDIATOR

*/s/ David B. Stratton*
David B. Stratton (Del Bar ID 960)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

#6200484 v2

-2-

## CERTIFICATE OF SERVICE

I, David B. Stratton, hereby certify that on November 7, 2006 a true and correct copy of the foregoing Mediation Status Report was served via First Class Mail, postage pre-paid, upon the following:

William A. Gray, Esq.  
Sands Anderson Marks & Miller, P.C.  
801 East Main Street  
P. O. Box 1998  
Richmond, VA 23218-1998  

Rolf S. Woolner, Esq.  
Winston & Strawn LLP  
333 South Grand Avenue  
38th Floor  
Los Angeles, CA 90071-1543  

/s/ David B. Stratton  
David B. Stratton

#6200484 v2