IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                     :

CABLE & WIRELESS USA., INC.                :    Bankruptcy Co. No. 03-13711 (RB)
et al.
                                           :

       Debtors
                                           :

VIRGINIA EMPLOYMENT COMM.                  :

       Appellant
                                           :

    v.                   :    Civil Action No. 06-125 GMS

                                           :

OMEGA LIQUIDATING TRUST
                                           :

       Appellee

## ORDER

WHEREAS, on February 27, 2006, a Notice of Appeal of the Order of the Bankruptcy Court

entered on January 6, 2006, was filed (D.I. 1);

WHEREAS, on March 2, 2006, this case was referred to the Appellate Mediation Panel, and

further briefing was deferred;

WHEREAS, on November 7, 2006, a status report was filed by the mediator, David B.

Stratton, indicating that the parties were unable to reach a settlement through the mediation process

(D.I. 6).

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration

no later than December 7, 2006.



_No v. 7, 2006_
DATE

**FILED**

NOV - 7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT JUDGE