# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CABLE & WIRELESS USA, INC., | ) | Bankruptcy Case No. 03-13711 (KJC) |
| | ) | |
| Debtors | ) | (Substantively Consolidated) |
| _____ | ) | |
| | ) | |
| VIRGINIA EMPLOYMENT COMMISSION, | ) ) | |
| | ) | Civil Action No. 06-125 GMS |
| Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OMEGA LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee | ) | |

## SCHEDULING ORDER

This ___ day of _____, 2006, the parties to this appeal having agreed upon the initial briefing schedule set forth herein;

IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule:

1. The Appellant's opening brief shall be due on or before February 7, 2007.

2. The Appellee's response brief shall be due on or before March 14, 2007.

3. The Appellant's reply brief shall be due on or before March 28, 2007.

_____
UNITED STATES DISTRICT JUDGE

**AGREED TO BY:**

| | |
|---|---|
| **OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF DELAWARE** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |

    /s/ Stuart B. Drowos                        /s/ Margaret B. Whiteman

Stuart B. Drowos
Deputy Attorney General
Office of the Attorney General of Delaware
Carvel State Office Building
820 North French Street - 6th Floor
Wilmington DE 19801
(302) 577-8660

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

**OFFICE OF THE ATTORNEY GENERAL OF THE COMMONWEALTH OF VIRGINIA**

-and-

**WINSTON AND STRAWN LLP**

    /s/ Cynthia H. Norwood

Cynthia H. Norwood
Assistant Attorney General
Commerce and Finance Section
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-8197

Eric E. Sagerman
Rolf S. Woolner
Justin E. Rawlins
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
(213) 615-1700

**WINSTON & STRAWN LLP**

Todd J. Dressel
Brian Y. Lee
101 California Street
San Francisco, California 94111
(415) 591-1000

*Counsel for Appellant*

*Counsel for Appellee*

Dated:  Wilmington, Delaware
          December 7, 2006