IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CABLE & WIRELESS USA, INC., | ) | Bankruptcy Case No. 03-13711 (KJC) |
| | ) | |
| Debtors | ) | (Substantively Consolidated) |
| _____ | ) | |
| | ) | |
| VIRGINIA EMPLOYMENT COMMISSION, | ) ) | |
| | ) | Civil Action No. 06-125 GMS |
| Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OMEGA LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission pro hac vice of Cynthia H. Norwood, Assistant Attorney General of the Commonwealth of Virginia, to represent the Virginia Employment Commission, the appellant in the above-captioned action.

                        STATE OF DELAWARE
                        DEPARTMENT OF JUSTICE

                        **By:**_____/s/ Stuart B. Drowos_____
                           Stuart B. Drowos, (Bar ID.: #427)
                           Carvel State Building
                           Deputy Attorney General
                           820 North French Street, 8th Floor
                           Wilmington, DE  19801
                           (302) 577-8400

Dated: December 15, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

OFFICE OF THE ATTORNEY GENERAL
OF THE COMMONWEALTH OF
VIRGINIA

By: _____
Cynthia H. Norwood
Assistant Attorney General
Commerce and Finance Section
Office of the Attorney General
800 East Main Street
Richmond, VA 23219
(804) 786-8197

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's Motion for Admission Pro Hac Vice is GRANTED.

Date: _____, 200___          _____
                                       Gregory M. Sleet
                                       United States District Judge