# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CABLE & WIRELESS USA, INC., | ) | Bankruptcy Case No. 03-13711 (KJC) |
| Debtors | ) | (Substantively Consolidated) |
| _____ | ) | |
| VIRGINIA EMPLOYMENT COMMISSION, | ) | |
| | ) | Civil Action No. 06-125 GMS |
| Appellant | ) | |
| v. | ) | |
| OMEGA LIQUIDATING TRUST, | ) | |
| Appellee | ) | |

## STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

The undersigned hereby stipulate and agree pursuant to Local Rule 9010-2 that Sands Anderson Marks & Miller, P.C., and Klehr, Harrison, Harvey, Branzburg & Ellers LLP, hereby withdraw their appearance as counsel for The Virginia Employment Commission in this proceeding, and the Office of the Attorney General of the Commonwealth of Virginia is hereby substituted as counsel for said party.

Dated: December 15, 2006          **SANDS ANDERSON MARKS & MILLER, P.C.**

_____/s/ William A. Gray_____
William A. Gray, Esquire – VSB No. 46911
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)

{W0344343.2 004502-063035 }

Dated: December 15, 2006      **KLEHR, HARRISON, HARVEY, BRANZBURG & ELLRS LLP**

             /s/ Steven K, Kortanec
Steven K. Kortanec, Esq.
Klehr, Harrison, Harvey Branzburg & Ellers, LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801


Dated: December 15, 2006      **OFFICE OF THE ATTORNEY GENERAL OF THE COMMONWEALTH OF VIRGINIA**

             /s/ Cynthia H. Norwood
Cynthia H. Norwood
Assistant Attorney General
Commerce and Finance Section
Office of the Attorney General
800 East Main Street
Richmond, Virginia 23219
(804) 786-8197

Dated: December 15, 2006      **THE VIRIGNIA EMPLOYMENT COMMISSION**

          /s/ Ronald L. Hudson, Sr
By: Ronald L. Hudson, Sr.
      Manager of Accounts Receivables

Dated: December 15, 2006                **STATE OF DELAWARE**
                                        **DEPARTMENT OF JUSTICE**


                                        ____/s/ Stuart B. Drowos_____
                                        Stuart B. Drowos, (Atty. ID No.: 427)
                                        Carvel State Building
                                        Deputy Attorney General
                                        820 North French Street, 8th Floor
                                        Wilmington, DE  19801
                                        (302) 577-8400