# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
Attorney General

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-2500

PLEASE REPLY TO:

January 19, 2007

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE 19801

RE:  In Re: Cable & Wireless, USA, Inc., et al.
     Case No.: 06-125-GMS

Dear Judge Sleet:

The above matter is currently on appeal from the Bankruptcy Court. A briefing schedule has been established with Appellant's opening brief due on or before February 7, 2007.

Please be advised that the parties have reached a tentative settlement and will be applying to the Bankruptcy Court for leave to enter into a settlement and resolution of the matter. It is estimated that this process may take a month or so to complete.

Accordingly, I respectfully request on behalf of the Appellant and for the sake of judicial economy that all further appellate proceedings, particularly the briefing, be stayed indefinitely while the matter is resolved in the Bankruptcy Court. I was advised by one of your staff members that this stay request could be accomplished by way of a letter. If Your Honor prefers, an appropriate pleading seeking the same relief can be filed.

Thank you for your cooperation and patience in this matter. I remain.

Respectfully yours,

/s/ Stuart B. Drowos

Stuart B. Drowos
Deputy Attorney General


cc: Clerk of the United States District Court
Laura Davis Jones, Esq.
Margaret B. Whiteman, Esq.
Cynthia H. Norwood, Esq.


SBD/vd