## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

March 28, 2007

TO:  Counsel

RE:  In Re Cable & Wireless, USA, Inc., et al.
     Civil Action No. 06-125 GMS

Dear Counsel:

On January 19, 2007, a letter was filed with the court advising that the parties had reached a tentative settlement and would be applying to the bankruptcy court for leave to enter into a settlement and resolution of this matter.

Please submit a status report, via electronic case filing, regarding the status of this case no later than April 11, 2007.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet