IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CABLE & WIRELESS USA, INC., *et al.*,<br>　　　　　　　Debtors. | Chapter 11<br><br>Substantively Consolidated<br><br>Case No. 03-13711 (KJC) |
| VIRGINIA EMPLOYMENT COMMISSION,<br>　　　　　　　Appellant,<br>　v.<br>OMEGA LIQUIDATING TRUST,<br>　　　　　　　Appellee. | Case No. 06-125 GMS |

**APPELLEE'S STATUS REPORT**

This report is filed in response to the letter dated March 28, 2007 from the Court's case manager, Ms. McDavid, to counsel requesting information concerning the status of the settlement between the parties to the above-referenced case.

This case is an appeal from a decision of the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"). On March 19, 2007, Judge Kevin Carey of the Bankruptcy Court signed an order in the underlying bankruptcy case approving the settlement between the parties to this appeal, the Omega Liquidating Trust (the "Trust") and the Virginia Employment Commission ("VEC"). The settlement approved by Judge Carey's order contemplates a payment from the Trust to the VEC within 30 days of approval of the settlement by the Bankruptcy Court, and dismissal of the appeal by the VEC promptly thereafter. The Trust has just delivered the payment to the VEC. The

SF:157937.1

parties therefore expect that a dismissal of the appeal will be filed with the Court within a few days.

Dated:    March 30, 2007
          Wilmington, Delaware

Respectfully submitted,

WINSTON & STRAWN LLP
Eric E. Sagerman
Rolf S. Woolner
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

WINSTON & STRAWN LLP
Brian Y. Lee
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

-and-

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret W.*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel for AlixPartners, LLC as Trustee of the Omega Liquidating Trust

SF:157937.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2007, I electronically filed a true and correct copy of foregoing document using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Stuart B. Drowos
Deputy Attorney General
Office of the Attorney General of Delaware
Carvel State Office Building
820 North French Street - 6th Floor
Wilmington DE 19801

I further certify that on March 30, 2007, I caused a copy of the foregoing document to be served upon the following non-registered participants in the manner indicated below:

BY HAND DELIVERY

Stuart B. Drowos
Deputy Attorney General
Office of the Attorney General of Delaware
Carvel State Office Building
820 North French Street - 6th Floor
Wilmington DE 19801

BY FIRST CLASS MAIL

Cynthia H. Norwood
Assistant Attorney General
Commerce and Finance Section
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219

*/s/ Margaret B. Whiteman*
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Appellees*