# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CABLE & WIRELESS USA, INC., | ) | Bankruptcy Case No. 03-13711 (KJC) |
|  | ) |  |
| Debtors | ) | (Substantively Consolidated) |
| _____ | ) |  |
|  | ) |  |
| VIRGINIA EMPLOYMENT | ) |  |
| COMMISSION, | ) |  |
|  | ) | Civil Action No. 06-125 GMS |
| Appellant | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| OMEGA LIQUIDATING TRUST, | ) |  |
|  | ) |  |
| Appellee | ) |  |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Appellant Virginia Employment Commission, by and through its undersigned counsel, hereby gives notice of its voluntary dismissal and withdrawal of the above-captioned appeal and respectfully requests this Honorable Court to close this case file. Counsel for Appellant further states that said voluntary dismissal is made with prejudice as the underlying claim has been satisfied in full and said counsel hereby acknowledges receipt of same.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

Dated**:** April 13, 2007

_\_\_ /s/ Stuart B. Drowos_
Stuart B. Drowos, ID# 427
Deputy Attorney General
Carvel Building
820 North French Street
Wilmington, DE  19801
stuart.drowos@state.de.us
Attorney for Appellant
Virginia Employment Commission

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2007, I filed *Notice of Voluntary Dismissal* with

the Clerk of Court. I hereby certify that on April 13, 2007, I have mailed by United

States Postal Service, the document to the following:

Brian Y. Lee, Esquire
Winston & Strawn, LLP
101 California Street
San Francisco, CA 94111

Margaret B. Whiteman, Esquire
Young, Conaway, Stargatt &
Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Post Office Box 391
Wilmington, DE 19899

/s/ Stuart B. Drowos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stuart.drowos@state.de.us