April 13, 2007

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Courthouse
844 North King Street
Lockbox 19
Wilmington, DE  19801

      RE:   In Re Cable & Wireless, USA, Inc., et al.
              Civil Action Number  06-125-GMS

Dear Judge Sleet:

    This letter is in response to the Court's March 28, 2007 request for a status report on the above-captioned matter.  It also confirms my earlier telephone conversation with Your Honor's secretary at which time I stated this matter had been settled and approved by the Bankruptcy Court.

    Pursuant to said conversation and as agreed upon by the parties, I hereby enclose a courtesy copy of the Notice of Voluntary Dismissal with Prejudice electronically filed on behalf of the Appellant.  No further action should be required by either of the parties or this Honorable Court.

      On behalf of the parties, the undersigned wishes to express his gratitude for Your Honor's patience and cooperation in this matter. I remain.

                      Respectfully,

                      /s/ Stuart B. Drowos
                      Stuart B. Drowos
                      Deputy Attorney General

SBD/vd

Enclosure

cc:    Clerk of the District Court
       Margaret B. Whiteman, Esq.
       Cynthia H. Norwood, Asst. Attorney General (VA)